# ELECTRONIC RECORD

COA # 11-15-00077-CR    OFFENSE: OTHER CRIMINAL

STYLE: **Elmo Ray Fortenberry, Jr.**
**v. The State of Texas**    COUNTY: Midland

COA DISPOSITION: DISMISSED    TRIAL COURT: 385th District Court

DATE: 4/23/15    Publish: NO    TC CASE #: CR-43001

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Elmo Ray Fortenberry, Jr.**
**v. The State of Texas**    CCA #: **PD-0767-15**

_____PRO SE_____ Petition    CCA    Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:    _____
_____REFUSED_____    DATE: _____
DATE: _08/26/2015_    JUDGE: _____
JUDGE: __Per Curiam__    SIGNED: _____ PC: _____ PUBLISH:
    _____ DNP: _____